```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
KENNETH AYERS, et al.          :        CIVIL ACTION
                               :
     v.                        :
                               :
CHARLES H. THOMAN, et al.      :        NO.  15-3826
```

**O R D E R**

**AND NOW, TO WIT:** this 19th day of April, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

```
                                   BY THE COURT:



                                    S/M. FAITH ANGELL
                                   M.FAITH ANGELL
                                   UNITED STATES MAGISTRATE JUDGE
```

Civ 12 (1/96)
41.1(b)

By E-mail:
Jared N. Kasher, Esq.          jnk@hockfieldlaw.com
Todd A. Lasky, Esq.            tlasky@zavodnicklaw.com
Elizabeth A. Horneff, Esq.     ehorneff@margolisedelstein.com